# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PHAM, TU M. | U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE | 08/09/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| MAGISTRATE JUDGE (FT) | ☐ Nomination   Date<br>☐ Initial   ✔ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

167 N MAIN STREET
MEMPHIS, TN 38103

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1997 | DEFINED CONTRIBUTION 401(K) PLAN WITH KIRKLAND & ELLIS (FORMER LAW FIRM) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 08/09/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | SHELBY COUNTY TENNESSEE SCHOOLS (SALARY) |
| 2. 2020 | COLLIERVILLE SCHOOLS (SALARY) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 08/09/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. FED TRUST FEDERAL BUILDING FEDERAL CREDIT UNION (cash) | A | Interest | K | T | | | | | |
| 3. VASCULAR TECHNOLOGIES INC | | None | L | V | | | | | |
| 4. Account #1 (H) | | | | | | | | | |
| 5. SCHWAB US DIVIDEND EQUITY ETF (SCHD) | A | Dividend | K | T | | | | | |
| 6. FIRST EAGLE OVERSEAS FUND CL A (SGOVX) | A | Dividend | K | T | | | | | |
| 7. MAIRS AND POWER SM CAP FD (MSCFX) | A | Dividend | J | T | | | | | |
| 8. SCHWAB FUNDAMENTAL GLBL REAL ESTATE (SFREX) | A | Dividend | J | T | | | | | |
| 9. VANGUARD HEALTH CARE FUND (VGHCX) | B | Dividend | K | T | | | | | |
| 10. Account #2 (H) | | | | | | | | | |
| 11. CHARLES SCHWAB BANK DEPOSIT SWEEP ACCOUNT (CASH) (X) | A | Interest | K | T | | | | | |
| 12. INVESCO OPPENHEIMER DEVELOPING MARKETS (ODMAX) | | None | | | Sold | 02/13/20 | K | | |
| 13. JPMORGAN MID CAP VALUE (FLMVX) | B | Dividend | K | T | | | | | |
| 14. MAIRS & POWER SM CAP (MSCFX) | A | Dividend | J | T | | | | | |
| 15. OAKMARK INTL FD INV (OAKIX) | A | Dividend | K | T | | | | | |
| 16. PRIMECAP ODYSSEY AGGRESSIVE (POAGX) | B | Dividend | L | T | | | | | |
| 17. Account #3 (H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. VANGUARD SELF DIRECTED BROKERAGE (cash) (X) | | None | L | T | | | | | |
| 19. VANGUARD PRIMECAP FUND ADMIRAL (VPMAX) | | None | J | T | | | | | |
| 20. Account #4 (H) | | | | | | | | | |
| 21. T ROWE RETIREMENT 2050 ADV (PARFX) | A | Dividend | J | T | Sold (part) | 02/27/20 | M | | |
| 22. T ROWE RETIREMENT 2005 ADV | | None | | | Buy | 02/27/20 | M | | |
| 23. | | | | | Sold | 03/19/20 | M | | |
| 24. AMERCENT CP PRES MM INV | A | Dividend | M | T | Buy | 03/19/20 | M | | |
| 25. Account #5 (H) | | | | | | | | | |
| 26. SCHWAB GOVT MONEY FUND (SWGXX) (cash eq) (X) | A | Dividend | L | T | | | | | |
| 27. DODGE & COX GLOBAL D FD (DODLX) | | None | | | Sold | 03/19/20 | J | | |
| 28. GQG PARTNERS EMRG MKTS EQTY FD INV (GQGPX) | | None | | | Sold (part) | 02/14/20 | J | A | |
| 29. | | | | | Sold | 03/19/20 | J | | |
| 30. MAIRS & POWERS SM CAP (MSCFX) | A | Dividend | J | T | Sold (part) | 03/19/20 | J | | |
| 31. OAKMARK INTL FD CLASS (OAKIX) | A | Dividend | J | T | Sold (part) | 02/28/20 | J | | |
| 32. PRIMECAP ODYSSEY AGGR GROWTH (POAGX) | B | Dividend | K | T | Buy (add'l) | 02/18/20 | J | | |
| 33. | | | | | Sold (part) | 02/28/20 | K | B | |
| 34. SCHWAB FUNDAMENTAL GLBL REAL ESTATE INDEX FD (SFREX) | | None | | | Sold | 03/19/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. VANGUARD HEALTH CARE FD INV (VGHCX) | A | Dividend | J | T | | | | | |
| 36. VANGUARD SMALL CAP VALUE INDEX ADM (VSIAX) | A | Dividend | | | Sold | 03/19/20 | J | | |
| 37. Account #6 (H) | | | | | | | | | |
| 38. TD AMERITRADE INSURED DEPOSIT ACCT (IDA) (cash eq) (X) | A | Interest | L | T | | | | | |
| 39. PRIMECAP ODYSSEY AGGRESSIVE GROWTH (POAGX) | A | Dividend | J | T | Sold (part) | 02/28/20 | K | | |
| 40. | | | | | Sold (part) | 03/19/20 | J | | |
| 41. T ROWE PRICE HEALTH SCIENCES (PRHSX) | A | Dividend | J | T | Sold (part) | 02/28/20 | K | | |
| 42. | | | | | Sold (part) | 03/19/20 | K | | |
| 43. Account #7 (H) | | | | | | | | | |
| 44. SCHWAB BANK DEPOSIT ACCOUNT (cash) | A | Interest | L | T | | | | | |
| 45. EATON VNCE MGD GLBL BUY (ETW) | A | Dividend | J | T | | | | | |
| 46. EOG RESOURCES INC (EOG) | A | Dividend | J | T | | | | | |
| 47. PYPL COMMON STOCK (PYPL) | | None | | | Sold | 03/24/20 | K | | |
| 48. ISHARES MSCI EAFE ETF (EFA) | | None | | | Sold | 04/13/20 | J | | |
| 49. SPDR GOLD SHARES ETF NV (GLD) | | None | J | T | | | | | |
| 50. SPDR S&P 400 MID CAP (MDYV) | | None | | | Sold | 03/24/20 | J | | |
| 51. VANGUARD S/T INVESTMENT (VFSTX) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. FIRST EAGLE OVERSEAS FUND CL A (SGOVX) | A | Dividend | J | T | | | | | |
| 53. MAIRS AND POWER SM CAP (MSCFX) | A | Dividend | J | T | | | | | |
| 54. SCHWAB SMALL CAP INDEX (SWSSX) | | None | | | Sold | 03/23/20 | J | | |
| 55. Account #8 (H) | | | | | | | | | |
| 56. SCHWAB BANK SWEEP ACCOUNT (cash) | A | Interest | N | T | | | | | |
| 57. ISHARES MSCI JAPAN (EWJ) | | None | | | Sold | 03/19/20 | J | | |
| 58. PRIMECAP ODYSSEY AGGR (POAGX) | A | Dividend | J | T | | | | | |
| 59. Account #9 (H) | | | | | | | | | |
| 60. FIDELITY MSCI INFORMATION TECHNOLOGY (FTEC) (X) | A | Dividend | J | T | | | | | |
| 61. Account #10 (H) | | | | | | | | | |
| 62. FIDELITY MSCI INFORMATION TECHNOLOGY (FTEC) (X) | A | Dividend | J | T | | | | | |
| 63. Account #11 (H) | | | | | | | | | |
| 64. SCHWAB BANK SWEEP ACCOUNT (cash) (X) | A | Interest | J | T | | | | | |
| 65. MAIRS & POWER GROWTH FUND (MPGFX) | | None | | | Sold | 03/19/20 | J | | |
| 66. PRIMECAP ODYSSEY AGGRESSIVE GROWTH FUND (POAGX) | A | Dividend | J | T | Sold (part) | 03/20/20 | J | | |
| 67. Account #12 (H) | | | | | | | | | |
| 68. TN STARS INTEREST BEARING ACCOUNT (cash equiv) | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. TN AGGRESSIVE GROWTH FUND (POAGX) | | None | | | Sold | 03/19/20 | J | | |
| 70. TN BALANCED FUND | | None | | | Sold | 03/19/20 | J | | |
| 71. Account #13 (H) | | | | | | | | | |
| 72. SCHWAB BANK SWEEP ACCOUNT (cash) (X) | A | Interest | J | T | | | | | |
| 73. MAIRS & POWER GROWTH FUND (MPGFX) | | None | | | Sold | 03/19/20 | J | | |
| 74. PRIMECAP ODYSSEY AGGRESSIVE GROWTH FUND (POAGX) (X) | A | Dividend | J | T | Sold (part) | 03/20/20 | J | | |
| 75. Account #14 (H) | | | | | | | | | |
| 76. TN STARS INTEREST BEARING ACCOUNT (cash equiv) | A | Int./Div. | K | T | | | | | |
| 77. TN STARS AGGRESSIVE GROWTH FUND | | None | | | Sold | 03/19/20 | J | | |
| 78. TN STARS TOTAL INTERNATIONAL STOCK FUND | | None | | | Sold | 03/19/20 | J | | |
| 79. TN STARS BALANCED FUND | | None | | | Sold | 03/19/20 | J | | |
| 80. Account #15 (H) | | | | | | | | | |
| 81. TN STARS INTEREST BEARING ACCOUNT (cash equiv) (X) | A | Int./Div. | J | T | | | | | |
| 82. TN STARS AGGRESSIVE GROWTH FUND | | None | | | Sold | 03/19/20 | J | | |
| 83. TN STARS TOTAL INTERNATIONAL STOCK FUND | | None | | | Sold | 03/19/20 | J | | |
| 84. TN STARS BALANCED FUND | | None | | | Sold | 03/19/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **PHAM, TU M.** | 08/09/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 3: Valuation of this asset is based upon the amount of the initial investment.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 08/09/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ TU M. PHAM**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544